UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ERIC HILTON,

           Plaintiff(s),

Case No. 4:15-cv-10322

v.
MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC.,
ENCORE CAPITAL GROUP, INC., AND STILLMAN LAW OFFICE,

Judge Linda V. Parker

Magistrate Judge Anthony P. Patti

           Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Midland Credit Management, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes [✔]     No [ ]

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Encore Capital Group, Inc.
    Relationship with Named Party: Parent Corporation

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes [✔]     No [ ]

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: Encore Capital Group, Inc.
    Nature of Financial Interest: 100%

Date: May 11, 2015

/s/ Aaron L. Vorce

P68797
Dykema Gossett PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
(517) 374-9100
avorce@dykema.com